# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MARIE MAYEROVA, and ARIANA CHRETIEN, Individually and on behalf of all those similarly situated<br><br>Plaintiffs,<br>v.<br>EASTERN MICHIGAN UNIVERSITY, JAMES SMITH, SCOTT WETHERBEE, and THE BOARD OF REGENTS,<br><br>Defendants. | CIVIL ACTION NO.<br><br><br><br>DECLARATION<br><br><br><br><br><br>June 13, 2018 |

## **DECLARATION OF MARIE MAYEROVA**

I, Marie Mayerova, declare as follows:

1. I am 21 years old and understand the obligations of an oath.

2. I am currently enrolled at Eastern Michigan University ("EMU"), majoring in Criminal Justice with a concentration in Law Enforcement.

3. I will be entering my senior year at EMU during the Fall 2018 semester.

4. I am a member of the women's varsity tennis team at EMU and I have one more year of athletic eligibility.

5. I am a named plaintiff in this action. I make this affidavit in support of plaintiffs' motion for a temporary restraining order and motion for preliminary injunction.

6. I am personally devastated by the prospect that women's tennis is being

1

eliminated as a varsity sport at EMU.

7. My family lives in Czech Republic. I came to EMU on an athletic scholarship because my research had demonstrated it was a great school with a good tennis program and they had a program, ESL program, specifically for international students who speak English as their second language. This program allowed me to attend EMU despite my score on the English Proficiency Test commonly referred to as TOEFL (Test of English as a Foreign Language). I am able to take Intensive English classes at the University while also being eligible under the NCAA requirements to play Division I tennis.

8. Not many of the other universities I looked at had the same opportunities for me given my English proficiency test scores.

9. I have played tennis since I was a child. Because of my demonstrated athletic abilities in my home country I was recruited to attend EMU and play tennis for the University. I was also offered a full scholarship in the amount of $38,571.00 per year. Out of all the Universities I looked at I chose EMU in order to play Division I intercollegiate tennis.

10. During my three years playing tennis for EMU, I received several weekly conference honors.

11. After announcing in March that it would eliminate the women's varsity

2

tennis program, EMU took away any opportunity for me to finish my collegiate career as an athlete.

12. In order to play tennis for another university I would have to go through a very intense process with regards to my immigration status and academic progress. If I were to attempt to transfer to another school, I would first need to return to Czech Republic and begin the process to obtain a new student visa for a new school. This would be after I had secured admission into the university and a spot on their tennis team. It would not be possible to accomplish this feat in the time between when EMU announced it was eliminating the varsity tennis program and the beginning of next school year. Therefore, I would have to put my college education on hold for next year while I waited out the student visa process. Additionally, even if I am able to secure a new student visa for a new university, I would lose some of the credits I have obtained from EMU's ESL program. This would result in having to take an additional academic year, and from my research most school will not offer scholarship monies for a fifth year. This would mean that in order to obtain a degree, I would have to pay for a fifth year of college myself. Currently, I am on track to graduate with my bachelor's degree in the next academic year.

13. After finishing my bachelor's degree at EMU, I had intended to continue in schooling to earn a Master's degree. While doing this I had planned to apply for the position of graduate assistant coach in the tennis program. However, this

3

is not possible any longer because the tennis program does not exist anymore.

14. I feel as if I have lost both one year of tennis and the chance to apply for future employment with the EMU tennis program. It will be much harder to apply for this type of job at other universities because I will have one-year less experience playing at the intercollegiate level and one year less of statistics and records to support job applications.

15. After graduating from EMU, I hope to use my degree to get a job in a correctional institute or prison. After graduation, I also intend to continue playing tennis in Czech Republic. I also want to teach club tennis and teach children how to play tennis because I want to share my love for tennis with others.

16. I enrolled at EMU with the expectation that I could get my degree, improve my English, and play the sport I love. I feel that my college experience has been taken from me because the program was taken from us players suddenly and without time to prepare a change in our college plans.

17. I am relying on the athletic scholarship for my last year of studies at EMU, I do not have the personal resources to post a bond in connection with this lawsuit.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 13, 2018

_____
Marie Mayerova

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MARIE MAYEROVA, and ARIANA CHRETIEN, Individually and on behalf of all those similarly situated<br><br>Plaintiffs,<br>v.<br>EASTERN MICHIGAN UNIVERSITY, JAMES SMITH, SCOTT WETHERBEE, and THE BOARD OF REGENTS,<br><br>Defendants. | CIVIL ACTION NO.<br><br><br><br>DECLARATION<br><br><br><br><br><br>June 14, 2018 |

## DECLARATION OF ARIANA CHRETIEN

I, Ariana Chretien, declare as follows:

1. I am 19 years old and understand the obligations of an oath.

2. I am currently enrolled at Eastern Michigan University ("EMU"), majoring in Aviation, flight school.

3. I will be entering my junior year at EMU during the Fall 2018 semester.

4. I am a member of the women's varsity softball team at EMU and I have two more years of athletic eligibility.

5. I am a named plaintiff in this action. I make this affidavit in support of Plaintiffs' motion for a temporary restraining order and motion for preliminary injunction.

6. I am personally devastated by the prospect that women's softball is being

1

eliminated as a varsity sport at EMU.

7. My family lives in Michigan. I came to EMU on a combination of athletic and academic scholarships because I wanted to attend a university where I could play Division I softball, study aviation, and remain close to my family. EMU was the only option for achieving all of these goals.

8. There are not many universities where I could play Division I softball and major in aviation, so that limited my options and will continue to limit my options if I try to transfer to a new university in order to be able to play softball.

9. I started playing softball when I was a child. Softball motivates me in everything that I do, it gives me discipline and drive to improve myself both on the field and off the field. Playing softball is a way for me do what I love every day and share my time with people who share my love for the sport.

10. During my two years playing softball for EMU, I have started in 72 games playing both Second Base and Shortstop. In Spring 2018 I was selected for the All-Mid-American Conference Academic Team and I posted career-highs in three statistical categories including batting average, hits, and fielding percentage.

11. I selected EMU after being recruited to play varsity softball for the university and I was given an athletic scholarship for 15% of my tuition, which was increased to 40% after my first year at EMU. Out of all the colleges I looked

at I chose EMU and I now feel as EMU has ripped my dreams out from under me without any warning.

12. After announcing in March that it would eliminate the women's varsity softball program, EMU made it impossible for me to continue to play softball and be close to my family as my only opportunity to play softball and major in aviation is out of the state of Michigan.

13. At this time, I am exploring other options, colleges where I will only be able to play softball and continue majoring in aviation. However, I am running into issues with securing scholarship money similar to what I had at EMU or even getting any scholarship money at all.

14. After finishing my bachelor's degree at EMU, I intended to have a career as a pilot and fly commercial airplanes but even as an adult after college, softball will always a part of my life and a passion for me. The time I played softball at EMU has helped me become the person I am today and motivates me to be a better student and peer to others.

15. I enrolled at EMU with the expectation that I could get my degree in aviation, be close to my family, and play the sport I love. I feel that my college experience has been taken from me because the program was taken from the entire team without time to prepare a change in our college plans, and it was taken from all the women who would play softball at EMU after I am gone.

16. I am relying on the athletic scholarship for my last year of studies at EMU, I do not have the personal resources to post a bond in connection with this lawsuit.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 14, 2018

_____
Ariana Chretien

# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MARIE MAYEROVA, and ARIANA CHRETIEN, Individually and on behalf of all those similarly situated<br><br>Plaintiffs,<br>v.<br>EASTERN MICHIGAN UNIVERSITY, JAMES SMITH, SCOTT WETHERBEE, and THE BOARD OF REGENTS,<br><br>Defendants. | CIVIL ACTION NO.<br><br><br><br><br>DECLARATION<br><br><br><br><br><br>June 14, 2018 |

## **DECLARATION OF JILL M. ZWAGERMAN**

I, Jill M. Zwagerman, declare as follows:

1.  I am *above* the age of eighteen years and understand the obligations of an oath.

2.  I am counsel to the Plaintiffs in this matter.

3.  On June 6, 2018, I sent to James Smith, President of Defendant Quinnipiac University, *via* email, a letter explaining that the University's announced elimination of its women's varsity tennis and softball programs would violate Title IX and requesting a dialog about restoration of the program. The letter requested a response by June 13, 2018

4.  On June 13, 2018, I telephoned EMU's General Counsel Lauren London, who advised me that EMU would not be reinstating the women's tennis and softball programs.

2

5. I told Attorney London that we would then be filing the Complaint and the TRO because the goal for my clients was to reinstate the programs.

6. I have e-mailed to Attorney London copies of the Complaint, Motion for Temporary Restraining Order and Preliminary Injunction, Memorandum of Law, Proposed Temporary Restraining Order, Proposed Preliminary Injunction, Declarations of Marie Mayerova and Ariana Chretien and this Declaration on June 14, 2018, prior to filing them with the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 14, 2018

_____
Jill M. Zwagerman, Attorney

3